# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY TOBIAS, <br> 1336 N Cranbrook Rd. <br> Bloomfield Village, MI 48301 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> INTERIOR, OFFICE OF THE SECRETARY, <br> 1849 C Street NW <br> Washington, DC 20240 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff JIMMY TOBIAS brings this suit to overturn Defendant UNITED STATES DEPARTMENT OF INTERIOR, OFFICE OF THE SECRETARY's failure to timely respond to TOBIAS' FOIA requests.

## PARTIES

2. Plaintiff JIMMY TOBIAS is an independent reporter with Pacific Standard magazine and The Guardian, and is the FOIA requester in this case.

3. Defendant DEPARTMENT OF INTERIOR (DOI) is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B) because this District is always a permissible venue or federal FOIA suits.

**OCTOBER 24 REQUEST (SECRETARY ZINKE CORRESPONDENCE)**

6. On October 24, 2017, TOBIAS requested all correspondence "between Secretary of Interior Ryan Zinke, or his staff, and any executive officer or staff member at the Montana-based energy company Whitefish Energy, including its owner Andy Techmanski" from February 27 through the date of the request. Ex. A.

7. On November 14, 2017, DOI acknowledged receipt of the request. Ex. A.

8. Over the following months TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production.

9. As of the date of filing, DOI has produced no responsive records.

**DECEMBER 8 REQUEST (DEVITO CORRESPONDENCE)**

10. On December 8, 2017, TOBIAS requested all correspondence "sent or received by Counselor for Energy Policy Vincent DeVito containing one or more of the following words or phrases: 'Bears Ears,' 'national monument,' 'uranium,' 'Mark Chalmers,' 'Andrew Wheeler,' 'Faegre Baker Daniels,' 'Mary Bono,' 'William Paul Goranson,' and/or 'Energy Fuels Resources'" from May 1, 2017, through the date of the request. Ex. B.

11. On January 9, 2018, DOI acknowledged receipt of the request. Ex. B.

12. Over the following months TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production.

13. As of the date of filing, DOI has produced no responsive records.

**FEBRUARY 5 REQUEST (WEA MACGREGOR)**

14. On February 5, 2018, TOBIAS requested all correspondence "between Deputy Assistant Secretary Katharine MacGregor (katharine_macgregor@ios.doi.gov) and any staff

member or associate at the Western Energy Alliance, including Western Energy Alliance president Kathleen Sgamma" from January 20, 2017, through the date of the request. Ex. C.

15. On March 9, 2018, DOI acknowledged receipt of the request. Ex. C.

16. As of the date of filing, DOI has produced no responsive records.

**OCTOBER 21 REQUEST (SCOTT CAMERON SCHEDULE/ITINERARY)**

17. On October 21, 2017, TOBIAS requested all "calendars, daily itineraries, and schedules of activities and/or meetings for Scott Cameron, the Principal Deputy Assistant Secretary of the Interior" from June 1, 2017, through the date of the request. Ex. D.

18. On November 2, 2017, DOI acknowledged receipt of the request. Ex. D.

19. Over the following months TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production.

20. As of the date of filing, DOI has produced no responsive records.

**NOVEMBER 1 REQUEST (MTR STUDY CANCELLATION)**

21. On November 1, 2017, TOBIAS requested all records "related to the Office of the Secretary's August decision to order the National Academies of Sciences, Engineering and Medicine to halt a study of health risks for residents near mountaintop removal and other surface coal mining sites in the Appalachian Mountains" from January 20, 2017, through the date of the request. Ex. E.

22. On November 2, 2017, DOI acknowledged receipt of the request. Ex. E.

23. Over the following months TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production.

24. As of the date of filing, DOI has not produced any responsive records.

**NOVEMBER 3 REQUEST (HOUSE NATURAL RESOURCE DEMOCRATS MEETING)**

25. On November 3, 2017, TOBIAS requested all records "related to the meeting Secretary Zinke held with Representative Raul Grijalva and other Democrats from the House Natural Resources Committee in a Secure Compartmented Information Facility on October 24, 2017. Please also include documents or correspondence, including attachments, related to the planning and location of said meeting." Ex. F.

26. On November 29, 2017, DOI confirmed receipt of the request. Ex. F.

27. Over the following months TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production.

28. As of the date of filing, DOI has produced no responsive records.

**OCTOBER 31 REQUEST (TODD WYNN SCHEDULE/ITINERARY**

29. On October 31, 2017, TOBIAS requested "[a]ll available calendars, daily itineraries, and schedules of activities for Todd Wynn, the Director of the Office of Intergovernmental and External Affairs" from October 1, 2017, through the date of the request. Ex. G.

30. On November 21, 2017, DOI acknowledged receipt of the request. Ex. G.

31. Over the following months TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production.

32. As of the date of filing, DOI has produced no responsive records.

**JANUARY 12 REQUEST (ZINKE FLORIDA CORRESPONDENCE)**

33. On January 12, 2018, TOBIAS requested all correspondence "sent or received by Interior Secretary Ryan Zinke that mentions Florida Governor Rick Scott or the National OCS Program. The search should include emails from eop.gov" from November 2017 through the date of the request. Ex. H.

34. On February 26, 2018, DOI acknowledged receipt of the request. Ex. H.

35. As of the date of filing, DOI has produced no responsive records.

### NOVEMBER 12 REQUEST (CLEMENT CORRESPONDENCE)

36. On November 12, 2017, TOBIAS requested all correspondence "sent or received by Secretary of the Interior Ryan Zinke, David Bernhardt, Scott Hommel, James Cason, Doug Domenech, Katharine MacGregor, Scott Cameron and/or Heather Swift that contain one or more of the following words: 'Joel Clement' and/or 'Clement'" from March 1, 2017, through the date of the request. Ex. I.

37. On December 20, 2017, DOI acknowledged receipt of the request. Ex. I.

38. Subsequently, TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production. Ex. J.

39. As of the date of filing, DOI has produced no responsive records.

### JANUARY 11 REQUEST (SWIFT CLEMENT COMMUNICATIONS)

40. On January 11, 2018, TOBIAS requested all correspondence "between Press Secretary Heather Swift and her fellow Interior Department officials that contain one or more of the following words or phrases: 'Joel Clement,' 'Clement,' and/or 'whistleblower'" from June 1, 2017, through the date of the request. Ex. K.

41. On February 8, 2018, DOI acknowledged receipt of the request. Ex. K.

42. As of the date of filing, DOI has produced no responsive records.

### JANUARY 11 REQUEST (JORJANI CLEMENT COMMUNICATIONS)

43. On January 11, 2018, TOBIAS requested all correspondence "between Principal Deputy Solicitor Daniel Jorjani and his fellow Interior Department officials that contain one or

more of the following words or phrases: 'Joel Clement,' 'Clement,' and/or 'whistleblower'" from June 1, 2017, through the date of the request. Ex. L.

44. On January 12, 2018, DOI acknowledged receipt of the request. Ex. L.

45. As of the date of filing, DOI has produced no responsive records.

### NOVEMBER 8 REQUEST (SCOTT HOMMEL SCHEDULE/ITINERARY)

46. On November 8, 2017, TOBIAS requested "[a]ll available calendars, daily itineraries, and schedules of activities for Scott Hommel, the chief of staff to the Interior Secretary" from March 1, 2017, through the date of the request. Ex. M.

47. On November 30, 2017, DOI acknowledged receipt of the request. Ex. M.

48. Over the following months TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production.

49. As of the date of filing, DOI has produced no responsive records.

### JANUARY 4 REQUEST (DOMENECH STATE THINK TANK BRIEFING)

50. On January 4, 2018, TOBIAS requested all records "produced by Douglas Domenech, Lori Mashburn, or their respective staffers or secretaries, that relate to or mention the "State Think Tank Briefing" that occurred in Secretary's Conference Room 5160 on June 22, 2017" from February 1, 2017, through October 30, 2017. Ex. N.

51. As of the date of filing, DOI has not responded to the request and has produced no responsive records.

### JANUARY 12 REQUEST (JORJANI ANTOFAGASTA PLC)

52. On January 12, 2018, TOBIAS requested all records "concerning Principal Deputy Solicitor Daniel Jorjani's meeting with any employee or representative of the Chilean mining from Antofagasta Plc at any point since May 15, 2017. Copies of documents brought to meetings

involving Mr. Jorjani and Antofagasta, copies of any documents describing the substance and contents of any of these meetings, & copies of any emails related to any such meetings." Ex. O.

53. On January 16, 2018, DOI acknowledged receipt of the request. Ex. O.

54. As of the date of filing, DOI has produced no responsive records.

### FEBRUARY 20 REQUEST (ARAMARK MEETING)

55. On February 20, 2018, TOBIAS requested all records "concerning the June 29, 2017 meeting between Secretary Ryan Zinke, Downey Magallanes, Virginia Johnson, Christine Bauserman and representatives of the Aramark Corporation. This request seeks copies of documents brought to the aforementioned meeting, copies of any documents describing the substance and contents of the meeting, & copies of any emails between Secretary Zinke/Downey Magallanes/Virginia Johnson/Christine Bauserman and any email address ending in '@invariantgr.com' and/or '@aramark.com'" sent or received from June 1, 2017, through the date of the request. Ex. P.

56. As of the date of filing, DOI has not responded in any way and has produced no responsive records.

### MARCH 23 REQUEST (DOI OS HECLA COMMUNICATIONS)

57. On March 23, 2018, TOBIAS requested all communications "sent or received by Secretary Ryan Zinke, Deputy Secretary David Bernhardt, Senior Advisor Kathleen Benedetto, Deputy Assistant Secretary Katharine MacGregor and/or their executive assistants that contain one or more of the following words or phrases: 'Hecla Mining,' 'Hecla,' 'Phillips Baker' and/or 'Luke Russell.' This request also seeks correspondence between any of the aforementioned Interior Department officials and any representative of Idaho-based Hecla Mining Company, includ-

ing CEO Phillips Baker and/or Vice President Luke Russell." The request sought records produced from September 1, 2017, through the date of this request. Ex. Q.

58. On May 1, 2018, DOI confirmed receipt of the request. Ex. Q.

59. As of the date of filing, DOI has produced no responsive records.

### JANUARY 12 REQUEST (JORJANI WILMERHALE MEETING)

60. On January 12, 2018, TOBIAS requested all records "concerning Principal Deputy Solicitor Daniel Jorjani's meeting with any employee or representative of WilmerHale at any point since May 15, 2017. Copies of documents brought to meetings involving Mr. Jorjani and WilmerHale, copies of any documents describing the substance and contents of any of these meetings, & copies of any emails between Mr. Jorjani and any email address ending in '@wilmerhale.com' sent or received during this time frame." Ex. O.

61. On January 16, 2018, DOI acknowledged receipt of the request. Ex. O.

62. As of the date of filing, DOI has produced no responsive records.

### APRIL 2 REQUEST (SOLICITOR WISTERIA COMMS)

63. On April 2, 2018, TOBIAS requested all communications "sent or received by Office of the Solicitor staffers Aaron Moody and/or Laura Brown that contain one or more of the following words or phrases: 'Wisteria,' 'Wisteria Island,' 'Ballard Partners,' 'Ballard,' '@ballardfl.com,' and/or 'FEB'" produced from September 1, 2017, through the date of the request. Ex. R.

64. On April 5, 2018, DOI acknowledged receipt of the request. Ex. R.

65. As of the date of filing, DOI has produced no responsive records.

### APRIL 2 REQUEST (JORJANI BALLARD CORRESPONDENCE)

66. On April 2, 2018, TOBIAS requested all correspondence "between Principal Deputy Solicitor Daniel Jorjani, or his executive assistant Mariagrazia Caminiti, and any employee or representative of the Florida-based lobbying firm Ballard Partners. This includes all correspondence between the aforementioned Interior Department officials and any person with an email address ending in '@ballardfl.com.'" This request seeks documents from September 1, 2017, through the date of the request. Ex. R.

67. On April 5, 2018, DOI acknowledged receipt of the request. Ex. R.

68. As of the date of filing, DOI has produced no responsive records.

### DECEMBER 4 REQUEST (ZINKE TRAVEL EXPENSES)

69. On December 4, 2017, TOBIAS requested "[a]ll documents and communications related to Secretary of Interior Ryan Zinke's travel expenses — including air and vehicle travel, security expenses, food expenditures and hotel accommodations — during his December 4, 2017 trip to Utah to announce the resizing of the Bears Ears National Monument and the Grand Staircase-Escalante National Monument." Ex. S.

70. On December 29, 2017, DOI acknowledged receipt of the request. Ex. S.

71. Over the following months TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production.

72. As of the date of filing, DOI has produced no responsive records.

### APRIL 5 REQUEST (MAGALLANES DAVIS CORRESPONDENCE)

73. On February 5, 2018, TOBIAS requested all correspondence "between Deputy Chief of Staff Downey Magallanes (downey_magallanes@ios.doi.gov) and DOI FOIA Program Analyst Justin Davis" from July 15, 2017, through the date of the request. Ex. T.

74. As of the date of filing, DOI has not responded to the request and has not produced any responsive records.

### DECEMBER 14 REQUEST (MAGALLANES BOGERT CORRESPONDENCE)

75. On December 14, 2017, TOBIAS requested all correspondence "between Deputy Chief of Staff Downey Magallanes (downey_magallanes@ios.doi.gov) and L. Michael Bogert (mbogert@parsonsbehle.com) of the law firm Parsons Behle & Lattimer" from January 20, 2017, to June 1, 2017. Ex. U.

76. On January 4, 2018, DOI acknowledged receipt of the request. Ex. U.

77. Over the following months TOBIAS and DOI corresponded and DOI failed to provide so much as an estimated completion date for production.

78. As of the date of filing, DOI has not produced any responsive records.

### COUNT I – DOI'S OCTOBER 24 VIOLATION OF FOIA

79. The above paragraphs are incorporated by reference.

80. Defendant DOI is an agency subject to FOIA.

81. The requested records are not exempt under FOIA.

82. DOI has refused to produce the requested records in a timely manner.

### COUNT II – DOI'S DECEMBER 8 VIOLATION OF FOIA

83. The above paragraphs are incorporated by reference.

84. Defendant DOI is an agency subject to FOIA.

85. The requested records are not exempt under FOIA.

86. DOI has refused to produce the requested records in a timely manner.

### COUNT III – DOI'S FEBRUARY 5 VIOLATION OF FOIA

87. The above paragraphs are incorporated by reference.

88. Defendant DOI is an agency subject to FOIA.

89. The requested records are not exempt under FOIA.

90. DOI has refused to produce the requested records in a timely manner.

### COUNT IV – DOI'S OCTOBER 21 VIOLATION OF FOIA

91. The above paragraphs are incorporated by reference.

92. Defendant DOI is an agency subject to FOIA.

93. The requested records are not exempt under FOIA.

94. DOI has refused to produce the requested records in a timely manner.

### COUNT V – DOI'S NOVEMBER 1 VIOLATION OF FOIA

95. The above paragraphs are incorporated by reference.

96. Defendant DOI is an agency subject to FOIA.

97. The requested records are not exempt under FOIA.

98. DOI has refused to produce the requested records in a timely manner.

### COUNT VI – DOI'S NOVEMBER 3 VIOLATION OF FOIA

99. The above paragraphs are incorporated by reference.

100. Defendant DOI is an agency subject to FOIA.

101. The requested records are not exempt under FOIA.

102. DOI has refused to produce the requested records in a timely manner.

### COUNT VII – DOI'S OCTOBER 31 VIOLATION OF FOIA

103. The above paragraphs are incorporated by reference.

104. Defendant DOI is an agency subject to FOIA.

105. The requested records are not exempt under FOIA.

106. DOI has refused to produce the requested records in a timely manner.

### COUNT VIII – DOI'S JANUARY 12 VIOLATION OF FOIA

107. The above paragraphs are incorporated by reference.

108. Defendant DOI is an agency subject to FOIA.

109. The requested records are not exempt under FOIA.

110. DOI has refused to produce the requested records in a timely manner.

### COUNT IX – DOI'S NOVEMBER 12 VIOLATION OF FOIA

111. The above paragraphs are incorporated by reference.

112. Defendant DOI is an agency subject to FOIA.

113. The requested records are not exempt under FOIA.

114. DOI has refused to produce the requested records in a timely manner.

### COUNT X – DOI'S JANUARY 11 VIOLATION OF FOIA

115. The above paragraphs are incorporated by reference.

116. Defendant DOI is an agency subject to FOIA.

117. The requested records are not exempt under FOIA.

118. DOI has refused to produce the requested records in a timely manner.

### COUNT XI – DOI'S JANUARY 11 VIOLATION OF FOIA

119. The above paragraphs are incorporated by reference.

120. Defendant DOI is an agency subject to FOIA.

121. The requested records are not exempt under FOIA.

122. DOI has refused to produce the requested records in a timely manner.

### COUNT XII – DOI'S NOVEMBER 8 VIOLATION OF FOIA

123. The above paragraphs are incorporated by reference.

124. Defendant DOI is an agency subject to FOIA.

125. The requested records are not exempt under FOIA.

126. DOI has refused to produce the requested records in a timely manner.

### COUNT XIII – DOI'S JANUARY 4 VIOLATION OF FOIA

127. The above paragraphs are incorporated by reference.

128. Defendant DOI is an agency subject to FOIA.

129. The requested records are not exempt under FOIA.

130. DOI has refused to produce the requested records in a timely manner.

### COUNT XIV – DOI'S JANUARY 12 VIOLATION OF FOIA

131. The above paragraphs are incorporated by reference.

132. Defendant DOI is an agency subject to FOIA.

133. The requested records are not exempt under FOIA.

134. DOI has refused to produce the requested records in a timely manner.

### COUNT XV – DOI'S FEBRUARY 20 VIOLATION OF FOIA

135. The above paragraphs are incorporated by reference.

136. Defendant DOI is an agency subject to FOIA.

137. The requested records are not exempt under FOIA.

138. DOI has refused to produce the requested records in a timely manner.

### COUNT XVI – DOI'S MARCH 23 VIOLATION OF FOIA

139. The above paragraphs are incorporated by reference.

140. Defendant DOI is an agency subject to FOIA.

141. The requested records are not exempt under FOIA.

142. DOI has refused to produce the requested records in a timely manner.

### COUNT XVII – DOI'S JANUARY 12 VIOLATION OF FOIA

143. The above paragraphs are incorporated by reference.

144. Defendant DOI is an agency subject to FOIA.

145. The requested records are not exempt under FOIA.

146. DOI has refused to produce the requested records in a timely manner.

### COUNT XVIII – DOI'S APRIL 2 VIOLATION OF FOIA

147. The above paragraphs are incorporated by reference.

148. Defendant DOI is an agency subject to FOIA.

149. The requested records are not exempt under FOIA.

150. DOI has refused to produce the requested records in a timely manner.

### COUNT IXX – DOI'S APRIL 2 VIOLATION OF FOIA

151. The above paragraphs are incorporated by reference.

152. Defendant DOI is an agency subject to FOIA.

153. The requested records are not exempt under FOIA.

154. DOI has refused to produce the requested records in a timely manner.

### COUNT XX – DOI'S DECEMBER 4 VIOLATION OF FOIA

155. The above paragraphs are incorporated by reference.

156. Defendant DOI is an agency subject to FOIA.

157. The requested records are not exempt under FOIA.

158. DOI has refused to produce the requested records in a timely manner.

### COUNT XXI – DOI'S APRIL 5 VIOLATION OF FOIA

159. The above paragraphs are incorporated by reference.

160. Defendant DOI is an agency subject to FOIA.

161. The requested records are not exempt under FOIA.

162. DOI has refused to produce the requested records in a timely manner.

### COUNT XXII – DOI'S DECEMBER 14 VIOLATION OF FOIA

163. The above paragraphs are incorporated by reference.

164. Defendant DOI is an agency subject to FOIA.

165. The requested records are not exempt under FOIA.

166. DOI has refused to produce the requested records in a timely manner.

**WHEREFORE,** Plaintiff asks the Court to:

i. Order Defendant to produce the requested records;

ii. Award Plaintiff attorney fees and costs; and

iii. Enter any other relief the Court deems appropriate.

RESPECTFULLY SUBMITTED,

*/s/ Joshua Hart Burday*_____

Attorneys for Plaintiff
JIMMY TOBIAS

Matthew Topic
Joshua Burday
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
matt@loevy.com
joshb@loevy.com